## KENNEDY et al. v. STATE. (No. 5955.)

(Court of Criminal Appeals of Texas. Dec. 16, 1920.)

**Bail ☞94—Brief must be filed on appeal from scire facias.**

An appeal from a judgment in a scire facias proceeding upon a forfeited bail bond must be dismissed, where no brief was filed with the record.

Appeal from District Court, Lamar County; Ben H. Denton, Judge.

Scire facias proceedings upon a forfeited bail bond by the State against Clemmie Kennedy and others. Judgment for recovery on the bond, and defendants appeal. Appeal dismissed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. This is a scire facias proceeding upon a forfeited bail bond.

We find no brief filed with the record, and under the practice must order the appeal dismissed. Mayer v. State, 24 S. W. 408.